USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 1 8 2012

## MEMO ENDORSED

**Baker Hostetler**

Baker&Hostetler LLP

1000 Louisiana
Suite 2000
Houston, TX 77002-5018

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

October 17, 2012

James C. Winton
direct dial: 713.646.1304
JWinton@Bakerlaw.com

VIA E-MAIL
Hon. Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Fifth Third Bank v. M/Y ROMANTICA, et al.*;
     Case No. 11-cv-05667 (AJN) (HBP)

Dear Judge Nathan:

Fifth Third drafted a Confidential Settlement Agreement and a Stipulation and Proposed Order of dismissal (collectively referred to as the "Settlement Papers") and submitted them to counsel for Cross-Defendants and Intervenors on Thursday, October 11, 2012. Counsel for Cross-Claim Defendants and Intervenors stated that he is prepared to sign the Stipulation and Proposed Order with one amendment that has been made, but doubted that he will be able to obtain signatures of his clients, particularly that of Cross-Claim Defendant Victor Becker, in advance of today's filing deadline. Because counsel for Cross-Claim Defendants and Intervenors is out of town and has no associate available to submit this letter for him, he has asked us to do so.

Although, Fifth Third is ready, willing, and able to comply with the terms of the Settlement, it cannot do so until the Settlement Papers have been fully executed by Intervenors and Cross-Claim Defendants. Counsel for Fifth Third does not relish further delaying this matter (or even making this request) but has no choice. With great reluctance, we respectfully request, on behalf of counsel for Intervenors and Cross-Defendants, that the Court extend its order of October 3, 2012 [Dkt. 127] for fourteen days to allow counsel for Mr. Becker to obtain his signature on to the Settlement Papers, as well as those of his other clients, who apparently will not be a problem.

*[Handwritten endorsement:]* If no stipulation of dismissal is filed by 11/1/12, Counsel for all parties shall appear before the Court on 11/16/12 at 5:00 PM in Courtroom 17B of the USDC for the SDNY.

Sincerely,

*J. C. Winton*

James C. Winton
of BakerHostetler

10/18/12

**SO ORDERED:**

[signature]

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver    Houston     Los Angeles  New York   Orlando   Washington, DC